# United States Bankruptcy Court
## For the Northern District of New York Utica

| | |
|---|---|
| **IN RE:** | **CASE No. 15-61114** |
| GAYLE ALLEN SMITH & DIANE MARIE LAURION-SMITH | |
| 554 STATE HIGHWAY 131 | SS #1  XXX-XX-2021 |
| MASSENA, NY 13662 | SS #2  XXX-XX-1097 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001-1 | DISCOVER BANK / DISCOVER PRODUCTS INC<br>PO BOX 3025 / NEW ALBANY, OH 43054-3025 | 2,875.52 | | Unsecured |
| 002-1 | MASSENA MEMORIAL HOSPITAL / % CENTRAL SERVICE BUREAU INC<br>PO BOX 549 / MASSENA, NY 13662 | 36.72 | | Unsecured |
| 003-1 | NAVY FEDERAL CREDIT UNION / PO BOX 3000<br>MERRIFIELD, VA 22119-3000 | 3,123.62 | | Unsecured |
| 004-1 | CAPITAL ONE BANK USA NA / BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083 / CHARLOTTE, NC 28272-1083 | 16,783.72 | | Unsecured |
| 005-1 | NAVY FEDERAL CREDIT UNION / ONE SECURITY PLACE<br>P O BOX 3000 / MERRIFIELD, VA 22119-3000 | 2,775.04 | 6.0000% | Secured |
| 006-1 | NAVY FEDERAL CREDIT UNION / PO BOX 3000<br>MERRIFIELD, VA 22119-3000 | 17,619.03 | | Unsecured |
| 007-1 | USAA FEDERAL SAVINGS BANK / % WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 1,911.09 | 6.0000% | Secured |
| 008-1 | CAPITAL ONE BANK USA NA / BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083 / CHARLOTTE, NC 28272-1083 | 1,116.84 | | Unsecured |
| 009-1 | USAA FEDERAL SAVINGS BANK / % WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 48,378.22 | | DirectPay<br>49,153.00 |
| 010-1 | USAA FEDERAL SAVINGS BANK / % WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 7,000.00 | 6.0000% | Secured |
| 010-1 | USAA FEDERAL SAVINGS BANK / % WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 2,388.12 | | Unsecured |
| 011-1 | CAVALRY SPV 1 LLC / %BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200 / TUCSON, AZ 85712 | 2,167.75 | | Unsecured |
| 012-1 | MIDLAND FUNDING LLC / MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011 / WARREN, MI 48090 | 548.41 | | Unsecured |
| | RUSSELL S SIMONETTA ESQ<br>109 S WARREN ST SUITE 512<br>SYRACUSE, NY 13202 | 2,700.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated: 01/25/2016       /s/Jennifer Scrafford

0030-5S-EPIBXX-00296588-1368938

# United States Bankruptcy Court
For the
Northern District of New York Utica

**IN RE:**
GAYLE ALLEN SMITH & DIANE MARIE LAURION-SMITH
554 STATE HIGHWAY 131
MASSENA, NY 13662

CASE No. 15-61114

SS #1  XXX-XX-2021
SS #2  XXX-XX-1097

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 013-1 | MIDLAND FUNDING LLC / MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011 / WARREN, MI 48090 | 1,473.51 | | Unsecured |
| 014-1 | CERASTES, LLC / C/O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVE, STE 400 / SEATTLE, WA 98121 | 5,821.12 | | Unsecured |
| 015-1 | USAA FEDERAL SAVINGS BANK / % WEINSTEIN  & RILEY PS<br>2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 9,769.33 | | Unsecured |
| 016-1 | USAA FEDERAL SAVINGS BANK / % WEINSTEIN  & RILEY PS<br>2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 10,431.62 | | Unsecured |
| 017-1 | ECAST SETTLEMENT CORPORATION / PO BOX 29262<br>NEW YORK, NY 10087-9262 | 8,739.50 | | Unsecured |
| 018-1 | COMENITY CAPITAL/PAYPAL CREDIT / C/O WEINSTEIN & RILEY, P.S<br>2001 WESTERN AVE SUITE 400 / SEATLLE, WA 98121 | 177.60 | | Unsecured |
| 019-1 | PORTFOLIO RECOVERY ASSOCIATES LLC / POB 41067<br>NORFOLK, VA 23541 | 1,716.30 | | Unsecured |
| 020-1 | ARMY & AIR FORCE EXCHANGE SERVICES / ATTN GC-G<br>3911 S WALTON WALKER BLVD / DALLAS, TX 75236 | 4,413.98 | | Secured<br>5,804.00 |
| 020-1 | ARMY & AIR FORCE EXCHANGE SERVICES / ATTN GC-G<br>3911 S WALTON WALKER BLVD / DALLAS, TX 75236 | 1,165.61 | | Unsecured |
| 401 | MASSENA SAVINGS & LOAN / 255 MAIN ST<br>MASSENA, NY 13662 | None | | DirectPay<br>96,314.00 |
| 403 | NAVY FEDERAL CREDIT UNION / PO BOX 3700<br>MERRIFIELD, VA 22119-3700 | None | | Not Filed |
| 404 | SYNCHRONY BANK / PO BOX 960061<br>ORLANDO, FL 32896 | None | | Not Filed<br>2,320.00 |
| 405 | SYNCHRONY BANK / 950 FORRER BLVD<br>KETTERING, OH 45420 | None | | Not Filed |
| | RUSSELL S SIMONETTA ESQ<br>109 S WARREN  ST  SUITE 512<br>SYRACUSE, NY 13202 | 2,700.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:  01/25/2016      /s/Jennifer Scrafford

0030-5S-EPIBXX-00296588-1368938
Case 15-61114-6-dd   Doc 18   Filed 01/25/16   Entered 01/25/16 14:55:57   Desc
Page 3 of 5

# United States Bankruptcy Court
For the
Northern District of New York-Utica

| | |
|---|---|
| **IN RE:** | CASE No. 15-61114 |
| GAYLE ALLEN SMITH & DIANE MARIE LAURION-SMITH | |
| 554 STATE HIGHWAY 131 | SS #1  XXX-XX-2021 |
| MASSENA, NY 13662 | SS #2  XXX-XX-1097 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 408 | USAA FEDERAL SAVINGS / PO BOX 47504<br>SAN ANTONIO, TX 78265 | None | | Not Filed |
| 410 | USAA FEDERAL SAVINGS / PO BOX 47504<br>SAN ANTONIO, TX 78265 | None | | Not Filed |
| 411 | AMERICU CREDIT / 1916 BLACK RIVER BLVD N<br>ROME, NY 13440 | None | | Not Filed |
| 412 | AMEX / P O BOX 297871<br>FORT LAUDERDALE, FL 33329 | None | | Not Filed |
| 414 | ENHANCED RECOVERY COMPANY LLC / PO BOX 23870<br>JACSONVILLE, FL 32241-3870 | None | | Not Filed |
| 415 | BARCLAYS BANK- JUNIPER (NORTHSTAR) / 4285 GENESEE STREET<br>BUFFALO, NY 14225-1943 | None | | Not Filed |
| 417 | CAPITAL ONE / PO BOX 19630<br>PORTLAND, OR 97280 | None | | Not Filed |
| 418 | CAPITAL ONE/BEST BUY / PO BOX 5253<br>CAROL STREAM, IL 60197 | None | | Not Filed |
| 419 | CAPITAL ONE / PO BOX 30253<br>SALT LAKE CITY, UT 84130-0253 | None | | Not Filed |
| 420 | CAPITAL ONE BANK (USA) NA / PO BOX 71083<br>CHAROLETTE, NC 28272 | None | | Not Filed |
| 421 | CAP ONE/ POLRS / 90 CHRISTIANA ROAD<br>NEW CASTLE, DE 19720 | None | | Not Filed |
| 422 | CAP 1/ YMAHA / 90 CHRISTIANA RD<br>NEW CASTLE, DE 19720 | None | | Not Filed |
| 423 | CAPITAL ONE AUTO FINANCE / 3901 NORTH DALLAS TOLLWAY<br>PLANO, TX 75093 | None | | Not Filed |
| | RUSSELL S SIMONETTA ESQ<br>109 S WARREN ST SUITE 512<br>SYRACUSE, NY 13202 | 2,700.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:  01/25/2016    /s/Jennifer Scrafford

# United States Bankruptcy Court
## For the
## Northern District of New York-Utica

| IN RE: | | CASE No. 15-61114 |
|---|---|---|
| GAYLE ALLEN SMITH & DIANE MARIE LAURION-SMITH | | |
| 554 STATE HIGHWAY 131 | | SS #1  XXX-XX-2021 |
| MASSENA, NY 13662 | | SS #2  XXX-XX-1097 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 425 | CAPITAL ONE / P O BOX 85619<br>RICHMOND, VA 23285 | None | | Not Filed |
| 427 | CBNA / PO BOX 6283<br>SIOUX FALLS, SD 57117 | None | | Not Filed |
| 428 | CBNA / PO BOX 6497<br>SIOUX FALLS, SD 57117 | None | | Not Filed |
| 429 | SEARS/CBNA / PO BOX 6189<br>SIOUX FALLS, SD 57117 | None | | Not Filed |
| 430 | SEARS / PO BOX 183081<br>COLUMBUS, OH 43218-3081 | None | | Not Filed |
| 431 | CENTRAL SERVICE BUREAU / PO BOX 251<br>WATERTOWN, NY 13601 | None | | Not Filed<br>72.00 |
| 432 | CHASE / PO BOX 15298<br>WILMINGTON, DE 19850-5298 | None | | Not Filed |
| 434 | CITI CARDS / PROCESSING CENTER<br>DES MOINES, IA 50363-0005 | None | | Not Filed |
| 435 | CITIBANK / PO BOX 6500<br>SIOUX FALLS, SD 57117 | None | | Not Filed |
| 437 | DISCOVER / PO BOX 71084<br>CHAROLETTE, NC 28272-1084 | None | | Not Filed |
| 438 | FT BRAGG FEDERAL CR UN / BLDG 4-3871 BASTOGNE DR<br>FORT BRAGG, NC 28303 | None | | Not Filed |
| 439 | GMAC / PO BOX 4622<br>WATERLOO, IA 50704-4622 | None | | Not Filed |
| 441 | MILITARY STAR/ THE EXCHANGE / PO BOX 740890<br>CINCINNATI, OH 45274 | None | | Not Filed |
| | RUSSELL S SIMONETTA ESQ<br>109 S WARREN ST SUITE 512<br>SYRACUSE, NY 13202 | 2,700.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:  01/25/2016    /s/Jennifer Scrafford

# United States Bankruptcy Court
## For the
## Northern District of New York-Utica

| IN RE: | | | | CASE No. 15-61114 |
|---|---|---|---|---|
| GAYLE ALLEN SMITH & DIANE MARIE LAURION-SMITH | | | | |
| 554 STATE HIGHWAY 131 | | | | SS #1  XXX-XX-2021 |
| MASSENA, NY 13662 | | | | SS #2  XXX-XX-1097 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 443 | NAVY FEDERAL CREDIT UNION / P O BOX 3500<br>MERRIFIELD, VA 22119 | None | | Not Filed |
| 444 | NAVY FEDERAL CREDIT UNION / C/O BAKER SANDERS LLC<br>100 GARDEN CITY PLAZA SUTIE 500 / GARDEN CITY, NY 11530 | None | | Not Filed |
| 445 | PAYPAL CREDIT / PO BOX 105658<br>ATLANTA, GA 30348-5658 | None | | Not Filed<br>140.30 |
| 446 | SEACOMM FEDERAL CU / 30 STEARNS STREET<br>MASSENA, NY 13662 | None | | Not Filed |
| 447 | SYNCB/AMERICAN HONDA / C/O PO BOX 965036<br>ORLANDO, FL 32896 | None | | Not Filed |
| 450 | SYNCB/PAYPAL CREDIT SVCS / PO BOX 960080<br>ORLANDO, FL 32896-0080 | None | | Not Filed |
| 451 | SYNCB/YAMAHA / C/O 900 CONCOURSE DR<br>RAPID CITY, SD 57703 | None | | Not Filed |
| 452 | TD AUTO FINANCE / PO BOX 9223<br>FARMINGTON HILLS, MI 48333 | None | | Not Filed |
| 454 | USAA / DEPARTMENT 11576<br>PO BOX 1259 / OAKS, PA 19456 | None | | Not Filed |
| 455 | USAA FEDERAL SAVINGS BANK / 10750 MCDERMOTT FWY<br>SAN ANTONIO, TX 78288-0596 | None | | Not Filed |
| 899 | GAYLE ALLEN SMITH & DIANE MARIE LAURION-SMITH / 554 STATE HIGH<br>MASSENA, NY 13662 | None | | Refund |
| | Total | 150,432.65 | ******* | |

| | | |
|---|---|---|
| RUSSELL S SIMONETTA ESQ<br>109 S WARREN ST SUITE 512<br>SYRACUSE, NY 13202 | 2,700.00 | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:  01/25/2016        /s/Jennifer Scrafford